# United States Court of Appeals
# for the Federal Circuit

_____

April 28, 2011

**ERRATA**

_____

2010-5108

WELLS FARGO & COMPANY AND SUBSIDIARIES,
Plaintiff-Appellant,

v.

UNITED STATES,
Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no. 06-CV-628, Judge Thomas C. Wheeler.

_____

Decided: April 15, 2011

_____

Please make the following change:

Page 1, change "Cory A. Johnson, Trial Attorney, Commercial Litigation Branch, Tax Division" to "Cory A. Johnson, Attorney, Tax Division".